IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:05-CV-00495

| | |
|---|---|
| BARRY W. THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CINGULAR WIRELESS LLC, a ) | |
| Delaware limited liability company; T- ) | **ORDER** |
| MOBILE USA, INC., a Delaware ) | |
| corporation; and SUNCOM WIRELESS ) | |
| OPERATING COMPANY, LLC, a ) | |
| Delaware limited liability company, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on J. Steven Gardner, Steven D. Moore, and Frank W. Leak, Jr.'s Motion for Admission *Pro Hac Vice* of Susan A. Cahoon and K. James Sangston. It appearing that Susan A. Cahoon and K. James Sangston are members in good standing with the Georgia State Bar and that they will be appearing with members in good standing with the Bar of this Court, J. Steven Gardner, Steven D. Moore, and Frank W. Leak, Jr., the Court enters the following Order:

**IT IS, THEREFORE, ORDERED** that

(1) J. Steven Gardner, Steven D. Moore, and Frank W. Leak, Jr.'s Motion for Admission *Pro Hac Vice* is GRANTED, and Susan A. Cahoon and K. James Sangston are ADMITTED to practice before the Bar of this Court in this particular case while appearing with J. Steven Gardner, Steven D. Moore and/or Frank W. Leak, Jr.; and

2) Susan A. Cahoon and K. James Sangston remit to the Clerk the required special admission fee of $100.00, if such fee has not already been paid.

Signed: January 31, 2006

David C. Keesler
United States Magistrate Judge