IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:05-CV-00495

| | |
|---|---|
| BARRY W. THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CINGULAR WIRELESS LLC, a ) | |
| Delaware limited liability company; ) | |
| T-MOBILE USA, INC., a Delaware ) | |
| Corporation; and SUNCOM ) | |
| WIRELESS OPERATING ) | |
| COMPANY, LLC, a Delaware ) | |
| Limited liability company, ) | |
| ) | |
| Defendants. ) | |

This matter came on for consideration on motion of Pressly M.. Millen of the Raleigh office of the firm Womble Carlyle Sandridge & Rice, PLLC, an attorney admitted to practice before this Court, for an order admitting Bruce T. Wieder and William E. Davis, lawyers in the firm Buchanan Ingersoll, PC, *pro hac vice* for the purpose of representing Defendant SunCom Wireless Operating, LLC ("SunCom"), in this action pursuant to the provisions of LR 83.1(b) of the Local Rules of the United States District Court of the Western District of North Carolina, and the Court, having considered such motion and the papers filed in connection therewith, is of the opinion that such motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED that Bruce T. Wieder and William E. Davis of the firm Buchanan Ingersoll, PC are hereby admitted to practice in this Court *pro hac vice* for the purpose of representing the Defendant SunCom in the above-captioned action subject to the provisions of the rules of this Court. If they have not already done so, Mr. Weider and Mr. Davis should pay to the Clerk of Court the appropriate fee.

Signed: February 8, 2006

_____

David C. Keesler
United States Magistrate Judge