IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No: 3:05-CV-495

| | |
|---|---|
| BARRY W. THOMAS<br><br>                      **Plaintiff,**<br><br>v.<br><br>CINGULAR WIRELESS, LLC, a Delaware limited liability company; T-MOBILE USA, INC., a Delaware corporation, SUNCOM WIRELESS OPERATING COMPANY, L.L.C., a Delaware limited liability company; and CENTENNIAL COMMUNICATIONS CORP., a Delaware corporation,<br><br>                      **Defendants.** | **ORDER ADMITTING<br>KIRK R. RUTHENBERG**<br>*PRO HAC VICE* |

FOR GOOD CAUSE SHOWN, and on Motion of Counsel for Defendant, T-Mobile USA, Inc., IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Kirk R. Ruthenberg of Sonnenschein, Nath & Rosenthal, LLP in Washington, D.C. be admitted to practice *pro hac vice* before this Court in order to represent Defendant, T-Mobile USA, Inc., in the above-captioned case.

If he has not already done so, Mr. Ruthenberg should pay to the Clerk of Court the appropriate fee.

Signed: February 2, 2006

_____
David C. Keesler
United States Magistrate Judge

C-970183v1