IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:05-CV-00495

BARRY W. THOMAS,          )
                                   )
        Plaintiff,    )
                                   )
       v.                )    **ORDER TO ADMIT WILLIAM E. DAVIS**
                                   )    *PRO HAC VICE*
CINGULAR WIRELESS LLC, et al. )
                                   )
        Defendants.   )
_____)

       This matter came on for consideration on motion of Pressly M. Millen of the Raleigh office of the firm Womble Carlyle Sandridge & Rice, PLLC, an attorney admitted to practice before this Court, for an order admitting William E. Davis, lawyer in the firm Buchanan Ingersoll, PC, to be admitted *pro hac vice* for the purpose of representing Defendant Centennial Communications Corp. ("Centennial"), in this action pursuant to the provisions of LR 83.1(b) of the Local Rules of the United States District Court of the Western District of North Carolina, and the Court, having considered such motion and the papers filed in connection therewith, is of the opinion that such motion is well-taken and should be granted.

       IT IS, THEREFORE, ORDERED that William E. Davis of the firm Buchanan Ingersoll, PC is hereby admitted to practice in this Court *pro hac vice* for the purpose of representing the Defendant Centennial in the above-captioned action subject to the provisions of the rules of this Court.

Signed: May 8, 2006

David C. Keesler
United States Magistrate Judge