UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV493, 3:05CV494, 3:05CV495, 3:05CV496,
3:05CV498, 3:05CV506, 3:05CV509, 3:05CV510

| | |
|---|---|
| BARRY W, THOMAS,<br>    Plaintiff,<br>v.<br><br>MOTOROLA, INC.,<br>    Defendant.<br><br>BARRY W. THOMAS,<br>    Plaintiff,<br>v.<br><br>ECHOSTAR SATELLITE L.L.C., et al.,<br>    Defendants,<br><br>BARRY W. THOMAS,<br>    Plaintiff,<br>v.<br><br>CINGULAR WIRELESS L.L.C., et al.,<br>    Defendants,<br><br>BARRY W. THOMAS,<br>    Plaintiff,<br>v.<br><br>DIRECTV, INC. et al,<br>    Defendants.<br><br>BARRY W, THOMAS,<br>    Plaintiff,<br>v.<br><br>NOKIA, INC., et al.,<br>    Defendants. | ORDER AND MEMORANDUM |

| | |
|---|---|
| BARRY W. THOMAS, | ) |
|     Plaintiff, | ) |
| v. | ) |
| | ) |
| ALLTEL COMMUNICATIONS, INC., et al., | ) |
|     Defendants. | ) |
| | ) |
| BARRY W. THOMAS, | ) |
|     Plaintiff, | ) |
| v. | ) |
| | ) |
| ITRON, INC. et al., | ) |
|     Defendants, | ) |
| | ) |
| BARRY W. THOMAS, | ) |
|     Plaintiff, | ) |
| v. | ) |
| | ) |
| SAMSUNG ELECTRONICS AMERICA, INC. et al., | ) |
|     Defendants. | ) |

On September 14, 2006, this Court issued a scheduling order in the instant cases. (Doc. No. 30). That order is now amended as follows:

1. Paragraph 2(ii) now reads:

Claim construction briefs from the remaining defendants in case numbers 3:05CV495 (Thomas v. Cingular Wireless LLC et al); 3:05CV498 (Thomas v. Nokia, Inc. et al); 3:05CV509 (Thomas v. Itron, Inc. et al); and 3:05CV510 (Thomas v. Samsung Electronics America, Inc. et al) **are due on October 23, 2006.** Defendant DIRECTTV's brief is due on **November 1, 2006.**

2. Paragraph 2(iii) now reads:

Any response by Plaintiff Thomas to those briefs is due on **November 10, 2006.**

**IT IS SO ORDERED**

Signed: October 12, 2006

Robert J. Conrad, Jr.
Chief United States District Judge