IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:05-CV-00495

| | |
|---|---|
| BARRY W. THOMAS, | ) |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| CINGULAR WIRELESS LLC, et al, | ) |
| Defendants. | ) |

**THIS MATTER** is before the court on J. Steven Gardner, Steven D. Moore, and Frank W. Leak, Jr.'s Motion for Admission *Pro Hac Vice* of Leroy M. Toliver. It appearing that Leroy M. Toliver is a member in good standing with the Georgia State Bar and that he will be appearing with members in good standing with the Bar of this Court, J. Steven Gardner, Steven D. Moore, and Frank W. Leak, Jr., the Court enters the following Order:

**IT IS, THEREFORE, ORDERED** that:

(1) J. Steven Gardner, Steven D. Moore, and Frank W. Leak, Jr.'s Motion for Admission *Pro Hac Vice* is GRANTED, and Leroy M. Toliver is ADMITTED to practice before the Bar of this Court in this particular case while appearing with J. Steven Gardner, Steven D. Moore and/or Frank W. Leak, Jr.; and

(2) Leroy M. Toliver remits to the Clerk the required special admission fee of $100.00, if such fee has not already been paid.

Signed: October 25, 2006

David C. Keesler
United States Magistrate Judge